IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

REAL PROPERTY LOCATED AT 5246
SOUTH FOREST ROAD, SOUTH
RANGE, DOUGLAS COUNTY,
WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON,

AND

REAL PROPERTY LOCATED AT 5905
SOUTH COUNTY ROAD K, SOUTH
RANGE, DOUGLAS COUNTY,
WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON.

      Defendants.

Case No.: 14-cv-300

---

ORDER FOR DEFAULT JUDGMENT

---

  The government filed a Verified Complaint of Forfeiture *in rem* against the defendants Real Property Located at 5246 South Forest Road, South Range, Douglas County, Wisconsin, and the Real Property Located at 5905 South County Road K, South Range, Douglas County, Wisconsin.

  The complaint alleges that the defendant real properties were used or intended to be used in any manner or part to commit or to facilitate the commission of a violation

of 21 U.S.C. §§ 801 *et seq.*, punishable by more than one year imprisonment. As such, the defendants are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7).

Notice of this action was accomplished by service to all persons known by the government to have an interest in the defendant. Notice of the forfeiture complaint was also published on the official internet government forfeiture site www.forfeiture.gov from June 27, 2014, through July 26, 2014.

On July 3, 2014, the National Bank of Commerce filed a claim. On July 9, 2014, the National Bank of Commerce filed an answer. On September 23, 2014, the Court docketed the order approving the government's expedited settlement agreement with the National Bank of Commerce.

On October 20, 2014, the Court docketed the order to dismiss Ocwen Loan Servicing, LLC, pursuant to the stipulation for voluntary dismissal.

No other claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the Real Property Located at 5246 South Forest Road, South Range, Douglas County, Wisconsin, and the Real Property Located at 5905 South County Road K, South Range, Douglas County, Wisconsin, is conveyed to the Plaintiff, United States of America.

2. The defendants are to be disposed of according to law.

DATED: October 30, 2014

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

Entered this 3rd day of ~~October~~ nov. 2014.

PETER OPPENEER, Clerk of Court
United States District Court

3